NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ATLAS IP, LLC,**
*Appellant*

**v.**

**ST. JUDE MEDICAL, INC., ST. JUDE MEDICAL
S.C., INC., PACESETTER, INC., BIOTRONIK, INC.,**
*Appellees*

---

2017-1395

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00916, IPR2015-00534.

---

**JUDGMENT**

---

MATTHEW TOPIC, Loevy & Loevy, Chicago, IL, argued for appellant.

MATTHEW A. SMITH, Smith Baluch LLP, Washington, DC, argued for all appellees.

JEFFREY M. OLSON, SOA Legal, Los Angeles, CA, for appellee Biotronik, Inc. Also represented by SAMUEL N. TIU, Sidley Austin LLP, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 13, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court